# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-cv-7953

Republic Technologies, LLC (NA) and Sream, Inc.  
Plaintiff

vs.

US Tobacco 1 Inc. d/b/a US Tobacco and Tarik Obaid  
Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **TARIK OBAID**

PERSON SERVED: **JANE DOE, WIFE**

METHOD OF SERVICE: **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. I also mailed a copy in a sealed envelope with the postage fully prepaid addressed to the defendant on **2/17/2020**.

DATE & TIME OF DELIVERY: **02/13/2020 at 6:34 PM**

ADDRESS, CITY AND STATE: **9230 S 78TH AVE, HICKORY HILLS, IL 60457**

DESCRIPTION: **Middle Eastern, Female, 35+, 5'6", 190 lbs, Brown hair and was wearing glasses**

**ME woman answered the door, identified herself as Tarik Obaid's wife, she then called the defendant on the phone. After speaking with him she refused to give me her name.**

I declare under penalties of perjury that the information contained herein is true and correct.

*(signature: Joseph T Wachowski)*

Joseph Wachowski, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 17th day of February, 2020.

*(signature: Joan C. Harenberg)*  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #:

Tracking #: **428379**