**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REPUBLIC TECHNOLOGIES (NA), LLC, and SREAM, INC. | ) ) ) | No. 1:19-CV-07953 |
| Plaintiff, | ) ) ) | Judge John J. Tharp, Jr. |
| v. | ) ) ) | |
| US TOBACCO 1 INC. d/b/a US TOBACCO and TAREK OBAID | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on the plaintiffs' motion for default judgment, it is hereby ORDERED:

Judgment is entered in favor of plaintiffs Republic Technologies (NA), LLC, and Sream Inc., and against defendants US Tobacco 1 Inc. d/b/a US Tobacco and Tarek Obaid, jointly and severally in the amount of $30,568.90. Post-judgment interest accrues on the judgment amount at the rate provided by law from the date of this judgment.

Dated: November 3, 2020

John J. Tharp, Jr.
United States District Judge